Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kristina N. Mason** | : | Case No. 21−21421−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 32 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 8/19/24 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 26th of June, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 32 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before August 9, 2024**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on **August 19, 2024 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21421-GLT |
| Kristina N. Mason | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 26, 2024 | Form ID: 604 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristina N. Mason, 133 Fox Chase Drive, Verona, PA 15147-2805 |
| 15386530 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15398727 | + | TRUIST, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jun 27 2024 00:08:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:24:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15393880 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 00:43:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15386130 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 00:11:50 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15386129 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 01:04:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15386131 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 00:11:54 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 15404026 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 00:24:20 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15386134 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 00:11:16 | Citibank/SYW MC, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15386135 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 01:03:38 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15386136 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 01:35:01 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15386137 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 00:05:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15386138 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 00:05:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15386140 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 00:11:56 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15386139 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 01:34:57 | Department Store National Bank/Macy's, Po Box |

Case 21-21421-GLT   Doc 37   Filed 06/28/24   Entered 06/29/24 00:35:11   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 26, 2024 | Form ID: 604 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 8218, Mason, OH 45040 |
| 15400667 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2024 00:06:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15405620 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2024 00:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15386132 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2024 00:11:47 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15386133 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2024 00:11:46 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15392634 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 27 2024 00:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15403542 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 00:43:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15386142 | | Email/Text: camanagement@mtb.com | Jun 27 2024 00:05:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15386141 | | Email/Text: camanagement@mtb.com | Jun 27 2024 00:05:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15392751 | | Email/Text: camanagement@mtb.com | Jun 27 2024 00:05:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15386146 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 00:04:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15386143 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 00:04:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15386145 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 00:04:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15403903 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2024 00:06:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15386147 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:10:48 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15386148 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:11:14 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15386149 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:11:14 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15386530 | ^ | MEBN | Jun 26 2024 23:51:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15386150 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:10:48 | Synchrony Bank/Value City, Po Box 965036, Orlando, FL 32896-5036 |
| 15386152 | + | Email/Text: bankruptcysst@alorica.com | Jun 27 2024 00:03:00 | Systems & Services Technolgies, Inc, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 15386151 | + | Email/Text: bankruptcysst@alorica.com | Jun 27 2024 00:03:00 | Systems & Services Technolgies, Inc, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 15402199 | | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2024 00:12:06 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID     Bypass Reason   Name and Address**

| | | | |
|---|---|---|---|
| cr | | M&T Bank | |
| 15386144 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Po Box 3180, Pittsburgh, PA 15230 | |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:

**Name** | **Email Address**

Christopher M. Frye
on behalf of Debtor Kristina N. Mason chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Denise Carlon
on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5