IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Kristina N. Mason, | ) | Case No. 21-21421 GLT |
| Debtor(s) | ) | Chapter 13 |
| | ) | Docket No. |
| | ) | |
| | ) | |
| Kristina N. Mason, | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

## **DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
The Debtor is not required to pay Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On September 8, 2021 at docket number 23, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Respectfully submitted,

June 27, 2024                              /s/ Christopher M. Frye
DATE                                      Christopher M. Frye, Esquire
                                          Attorney for the Debtor(s)
                                          STEIDL & STEINBERG
                                          Suite 2830 – Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA  15219
                                          (412) 391-8000
                                          chris.frye@steidl-steinberg.com
                                          PA I.D. No. 208402

**PAWB Local Form 24 (07/13)**