IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/13/24 12:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  KRISTINA N. MASON

    Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:21-21421

Chapter 13

Related to Dkt. No. 32

## ORDER OF COURT

AND NOW, this 13th day of August, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

_____  jah
GREGORY L. MADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 21-21421-GLT
Kristina N. Mason                                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: auto        Page 1 of 3
Date Rcvd: Aug 13, 2024        Form ID: pdf900        Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristina N. Mason, 133 Fox Chase Drive, Verona, PA 15147-2805 |
| 15398727 | + | TRUIST, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Aug 13 2024 23:54:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2024 00:06:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15393880 | | Email/PDF: bncnotices@becket-lee.com | Aug 14 2024 00:21:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15386130 | + | Email/PDF: bncnotices@becket-lee.com | Aug 14 2024 00:07:16 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15386129 | + | Email/PDF: bncnotices@becket-lee.com | Aug 14 2024 00:20:06 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15386131 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2024 00:21:22 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 15404026 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2024 00:18:09 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15386134 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2024 00:07:12 | Citibank/SYW MC, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15386135 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2024 00:06:24 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15386136 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2024 00:07:15 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15386137 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 13 2024 23:53:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15386138 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 13 2024 23:53:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15386140 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2024 00:07:09 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15386139 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2024 00:20:51 | Department Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15400667 | | Email/Text: bnc-quantum@quantum3group.com | Aug 13 2024 23:54:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15405620 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 13 2024 23:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15386132 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 14 2024 00:18:34 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15386133 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 14 2024 00:21:23 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15392634 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 13 2024 23:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15403542 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2024 00:07:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15386142 | | Email/Text: camanagement@mtb.com | Aug 13 2024 23:53:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15386141 | | Email/Text: camanagement@mtb.com | Aug 13 2024 23:53:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15392751 | | Email/Text: camanagement@mtb.com | Aug 13 2024 23:53:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15386146 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 13 2024 23:53:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15386143 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 13 2024 23:53:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15386145 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 13 2024 23:53:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15403903 | | Email/Text: bnc-quantum@quantum3group.com | Aug 13 2024 23:54:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15386147 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:07:05 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15386148 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:21:23 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15386149 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:06:24 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15386530 | ^ | MEBN | Aug 13 2024 23:46:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15386150 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:36:54 | Synchrony Bank/Value City, Po Box 965036, Orlando, FL 32896-5036 |
| 15386152 | + | Email/Text: bankruptcysst@alorica.com | Aug 13 2024 23:53:00 | Systems & Services Technolgies, Inc, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 15386151 | + | Email/Text: bankruptcysst@alorica.com | Aug 13 2024 23:53:00 | Systems & Services Technolgies, Inc, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 15402199 | | Email/PDF: ebn_ais@aisinfo.com | Aug 14 2024 00:07:15 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |

| | | |
|---|---|---|
| 15386144 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 15, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:

**Name** — **Email Address**

Brent J. Lemon
on behalf of Creditor M&T Bank blemon@kmllawgroup.com lemondropper75@hotmail.com

Christopher M. Frye
on behalf of Debtor Kristina N. Mason chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Denise Carlon
on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6